IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-3145-D

| | |
|---|---|
| JAMES PAUL JUSTIN PICKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ASSOCIATE WARDEN GRAY, et al., ) | |
| ) | |
| Defendants. ) | |

On July 15, 2025, James Paul Justin Pickett ("Pickett" or "plaintiff"), a state inmate proceeding pro se and in forma pauperis, filed a complaint under 42 U.S.C. § 1983, alleging violations of his Eighth and Fourteenth Amendment rights [D.E. 1, 2, 5]. On August 20, 2025, the court reviewed the action pursuant to 28 U.S.C. § 1915A and allowed the action to proceed. See [D.E. 6].

Pickett moves to voluntarily dismiss the action [D.E. 8]. A "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). In all other instances, "an action may be dismissed at [a] plaintiff's request only by court order." Fed. R. Civ. P. 41(a)(2). Defendants have not filed an answer or motion for summary judgment. Thus, plaintiff may voluntarily dismiss the action.

In sum, the court GRANTS plaintiff's motion for voluntary dismissal [D.E. 8], and DISMISSES this action without prejudice. The clerk shall close the case and notify the North

Carolina Department of Adult Correction and the North Carolina Attorney General. <u>Cf.</u> Standing Order 14-SO-02.

SO ORDERED. This 29 day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge